If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*CAB-02-59*

12:05 pm M

Michael N. Milby, Cl.k

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐  No ☑  (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐  No ☑

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Elizabeth Gonzalez  daughter
   Mario Gonzalez Jr. Son
   I am a Single father so I spend all my money on them

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-10-02                    *Mario Gonzal*
             (Date)                      Signature of Applicant

United States District Court
Southern District of Texas
ENTERED

MAY 13 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 4 83 on account to his credit at the Big Spring Correctional Center institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: NONE

I further certify that during the last six months the applicant's average balance was $ 50.00

*Mary Juarez - Case Manager*
Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date <br> Signed in error <br> Judge Mecw <br> 5-10-02 | *Mecw*  5-10-02 <br> United States Judge  Date <br> or Magistrate |